UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIAVINA JACKSON,<br><br>    Defendants. | Case No.: 5:18-po-00122 JLT<br><br>ORDER DENYING PRE-APPOINTMENT OF COUNSEL |

The Federal Defender is seeking "pre-appointment" on this case to represent the defendant. The Federal Defender offers no explanation why pre-appointment is necessary or why it should be ordered. Ms. Jackson failed to appear on April 2, 2019, resulting in a warrant (Docs. 4, 5), and failed to appear at the May 7, 2019 hearing consider recall of the warrant on (Doc. 7). She is charged with driving on a suspended license—which is alleged was suspended because she failed to appear in state court twice. (Docs. 1-1, 1-2) The Court has no reason to believe she will *ever* appear in court voluntarily. If she *does* appear voluntarily or at the behest of the United States Marshal's Service, she can request appointment of counsel at that time.

IT IS SO ORDERED.

Dated: __May 10, 2019__          __/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE